UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    Criminal No.: 05-339(PAM/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| RAMON ARCEO-ARTEAGA, ) | |
| ) | |
| Defendant. ) | |

Based on defendant's current medical condition, the Order for Detention previously issued in this matter is vacated, and it is ordered that defendant be released from the custody of the United States Marshal and placed on bond.

It is further ordered that Fairview Health Services and the attending physicians for Ramon Arceo-Arteaga will provide by no later than May 8, 2006, to United States Pretrial Services and the United States Marshals Service the current diagnosis and prognosis of Ramon Arceo-Arteaga. Fairview Health Services will also notify United States Pretrial Services and the United States Marshals Service of any changes in the current medical condition of Ramon Arceo-Arteaga.

For the purposes of appropriate notification, United States Pretrial Services and the United States Marshals Service are hereby authorized to disclose the current medical condition and any changes to the current medical condition of Ramon Arceo-

Arteaga to family members of Ramon Arceo-Arteaga, representatives of the Mexican Consulate, the United States Attorney's Office, and defense counsel for Ramon Arceo-Arteaga.

In the event defendant is released from the hospital, he is directed to report to United States Pretrial Services within 24 hours of his release, and to comply with any reporting requirements as directed by United States Pretrial Services.

If the defendant becomes deceased, Fairview Health Services will provide to United States Pretrial Services and the United States Marshals Service written confirmation of death.

Dated: May 5, 2006

                                         s/ Paul A. Magnuson
                                         PAUL A. MAGNUSON, Judge
                                         United States District Court