UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-339(PAM/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| RAMON ARCEO-ARTEAGA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.

Dated: July 19 , 2010		s/Paul A. Magnuson
		The Honorable Paul A. Magnuson
		UNITED STATES DISTRICT COURT JUDGE